UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMY D. DIXSON,

Plaintiff,

v.

CHRISTOPHER TAWES, et al.,

Defendant.

CASE NO. 3:26-cv-05625-LK-BAT

**ORDER DENYING SECOND MOTION FOR COUNSEL DKT. 24.**

Before the Court is Plaintiff's second motion to appoint counsel. The Court denied Plaintiff's first motion to appoint counsel on July 7, 2026. Plaintiff does not have a right to counsel in a civil action, *Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998), and counsel may be appointed only in "exceptional circumstances which do not exist here as Plaintiff's allegations are not complex, Plaintiff has shown she can adequately represent herself, and it is too early to assess the merits of her claims. The Court according DENIES the motion for counsel, Dkt. 24, without prejudice. The Clerk shall provide a copy of this order to Plaintiff.

DATED this 19th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge