UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMY D. DIXSON,

Plaintiff,

v.

CHRISTOPHER TAWES, et al.,

Defendant.

CASE NO. 3:26-cv-05625-LK-BAT

**ORDER ON MOTIONS TO EXTEND, DKT. 27, FOR DEPOSITION OFFICER, DKT. 28, AND FOR EXTENSION OF TIME TO ANSWER, DKT. 29.**

The Court ORDERS:

1. Plaintiff's motion to extend time to compete discovery, Dkt. 27, from December 23, 2026 to **February 23, 2027** is **GRANTED**. Because the discovery deadline is extended, the Court also extends the deadline to file dispositive motions from January 27, 2027 to **March 25, 2027.**

2. Plaintiff's motion for appointment of a deposition officer to administer an oath and to take deposition testimony, Dkt. 28, is **DENIED**. The Court may only authorize the expenditure of public funds on behalf of an indigent litigant when authorized by Congress. Under 28 U.S.C. § 1915(a), the Court is not authorized to pay for witness fees, mileage or deposition officer fees even though Plaintiff proceeds *in forma pauperis*. *See* 28 U.S.C. § 1915(a); *Ramsey v. California Department of Corrections and Rehabilitation*, 2025 WL 1703641

at * 1 (9th Cir. June 18, 2025) ("pro se plaintiffs proceeding in forma pauperis are not exempt from paying their witness's fees and expenses.") citing *Tedder v. Odel*, 890 F.2d 210, 211 (9th Cir. 1989); *see also Perkins v. Adsea US Auction, LLC*, 3036 WL 1030449 at * 1 (W.D. Washington, April 16, 2026) ("pro se plaintiff proceeding in forma pauperis remains "responsible for setting up the deposition, including setting the date, time, and location of the deposition, arranging for a court reporter, and paying any fees for the court reporter's services and the transcription of the deposition") (citation omitted).

3. Plaintiff's motion for extension of time to file an answer is **DENIED** as moot as Plaintiff's has filed an "answer," Dkt. 32.

DATED this 24th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge