UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMY D. DIXSON,

Plaintiff,

v.

CHRISTOPHER TAWES, et al.,

Defendant.

CASE NO. 3:26-cv-05625-LK-BAT

**ORDER DENYING MOTION TO REASSIGN CASE, DKT. 33**

Defendants move the Court to reassign the case to the Tacoma Division on the grounds the acts alleged occurred in Olympia, and the Defendants reside in Lewis or Cowlitz Counties. Dkt. 33. The Court having the considered the motion **ORDERS**:

1. The motion is **DENIED** as **MOOT**. The Court's civil docket already indicates the case is assigned to the Tacoma Division and transfer is thus unnecessary. Additionally, while the Honorable Lauren King, United States District Judge, sits in Seattle, Judge King intends to conduct all court hearings including any trial at the Tacoma Courthouse.

2. The clerk shall provide Plaintiff a copy of this Order.

DATED this 25th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge